No. 04–1371. MERRILL LYNCH, PIERCE, FENNER & SMITH INC. *v.* DABIT. C. A. 2d Cir. [Certiorari granted, 545 U. S. 1164.] Motion of the Solicitor General for leave to participate in oral argument as *amicus curiae* and for divided argument granted.

No. 04–1376. FERNANDEZ-VARGAS *v.* GONZALES, ATTORNEY GENERAL. C. A. 10th Cir. [Certiorari granted, *ante*, p. 975.] Motion of petitioner to dispense with printing the joint appendix granted.

No. 04–10566. SANCHEZ-LLAMAS *v.* OREGON. Sup. Ct. Ore.; and

No. 05–51. BUSTILLO *v.* JOHNSON, DIRECTOR, VIRGINIA DEPARTMENT OF CORRECTIONS. Sup. Ct. Va. [Certiorari granted, *ante*, p. 1001.] Motion of the Solicitor General for enlargement of time for oral argument, for divided argument, and for leave to participate in oral argument as *amicus curiae* granted. Time is to be divided as follows: 45 minutes for petitioners, 15 minutes for respondent in No. 04–10566, 15 minutes for respondent in No. 05–51, and 15 minutes for the Solicitor General as *amicus curiae* in support of respondents.

No. 05–5224. DAVIS *v.* WASHINGTON. Sup. Ct. Wash. [Certiorari granted, *ante*, p. 975.] Motion of petitioner for appointment of counsel granted. Jeffrey L. Fisher, Esq., of Seattle, Wash., is appointed to serve as counsel for petitioner in this case.

No. 05–8034 (05A536). IN RE WILLIAMS. Application for stay of execution of sentence of death, presented to JUSTICE O'CONNOR, and by her referred to the Court, denied. Petition for writ of habeas corpus denied.